IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DORA L. B. STUART       :
4018 9th Street, N.E.       :
Apartment 4        :
Washington, D.C.  20017     :

   Plaintiff        :

  v.          :  Case Number _____

UNITED STATES OF AMERICA   :
            :
SERVE: The Honorable William Barr, :
    Attorney General    :
    U.S. Department of Justice :
    950 Pennsylvania Avenue, N.W. :
    Washington, D.C. 20530  :

and           :

NCS/EML JOINT VENTURE, LLC  :
11501 Plantside Drive, Suite 4   :
Louisville, Kentucky 40299    :

SERVE: The Honorable Muriel Bowser, :
    Mayor      :
    c/o District of Columbia  :
    Department of Consumer and :
     Regulatory Affairs   :
    1100 4th Street, S.W.   :
    Washington, D.C. 20004  :

and           :

NATIONAL CONTRACTING SERVICE, :
 LLC         :
11501 Plantside Drive, Suite 4   :
Louisville, Kentucky 40299    :

SERVE:  The Honorable Muriel Bowser,      :
          Mayor                                            :
          c/o District of Columbia                  :
          Department of Consumer and        :
            Regulatory Affairs                         :
          1100 4th Street, S.W.                    :
          Washington, D.C. 20004               :

      Defendants                                      :


## COMPLAINT
### (Premises Liability – Negligence)

Dora L. B. Stuart, plaintiff, by her attorney Benjamin A. Klopman, sues the defendants,

the United States of America, National Contracting Services, LLC and NCS/EML Joint Venture,

LLC and states the following as her complaint.

1.      Plaintiff is a resident of the District of Columbia.

2.      Defendant United States of America owns, operates and/or manages the real

property in the District of Columbia known as the United States Post Office located at 2

Massachusetts Avenue, N.E., Washington, D.C. 20001 (hereinafter "sometimes Post Office").

3.      Upon information and belief, defendants National Contracting Services, LLC

and/or NCS/EML Joint Venture, LLC, which are corporations that have their principal offices in

states different from the plaintiff, operate and/or manage the real property in the District of

Columbia known as the United States Post Office located at 2 Massachusetts Avenue, N.E.,

Washington, D.C. 20001 and are responsible for the walkways serving this real property.

4.      The acts and omissions that are the subject of this complaint occurred in the

District of Columbia and, therefore, this Court is a proper venue pursuant to 28 U.S.C.

§1391(b)(2) for resolution of the claims set forth in this complaint.

5.      Plaintiff has timely filed Forms 95 with the General Services Administration and the United States Postal Service regarding her claims herein.

6.      Plaintiff's Form 95 was served on the United States Postmaster General on June 22, 2017.  No official action has been taken regarding plaintiff's claims and, therefore, said claims have been denied.

7.      Plaintiff's Form 95 was served on the General Services Administration on April 14, 2018.  No official action has been taken regarding plaintiff's claims and, therefore, said claims have been denied.

8.      This Court has subject-matter jurisdiction over plaintiff's claims herein pursuant to 28 U.S.C. §§1331, 1332 and 1346(b)(1).

9.      On or about May 9, 2017, plaintiff tripped and fell on the walkway serving the Post Office because of a negligently placed stanchion in the walkway.

10.     Because the defendants failed to safely maintain the walkway in front of the Post Office by keeping it free of tripping hazards and otherwise safe for plaintiff, defendants acted negligently and their negligence proximately caused plaintiff's fall and her resulting debilitating injuries.

11.     At all pertinent times hereto, plaintiff was exercising due care and caution for her own safety.

12.     It was the duty of the defendants to use ordinary care and diligence to keep and maintain the walkway in the front of the Post Office reasonably safe for their intended use and free from all defects and conditions that would render it dangerous and unsafe for plaintiff or present an unreasonable risk of harm to plaintiff in her lawful use of the walkway.

13.     It was the duty of the defendants to exercise reasonable care to protect plaintiff from the danger of reasonably foreseeable injury occurring from reasonable foreseeable use of the walkway in front of the Post Office by inspecting, posting warning signs and taking other affirmative acts to address and/or remedy its defective condition.

14.     It was the duty of the defendants to use reasonable care in the maintenance of the walkway in front of the Post Office in a manner consistent with any conformity with recognized standards of safety.

15.     It was the duty of the defendants to have available sufficient personnel to properly inspect and maintain the aforesaid walkway and post warning signs in front of the Post Office so as to render it in a condition reasonably safe for plaintiff and free from defects and conditions that rendered the walkway unsafe.

16.     It was the duty of defendants to post warning signs for the dangerous and unsafe condition that existed on the aforesaid walkway in front of the Post Office that the defendants were aware of prior to plaintiff's trip and fall.

17.     The aforesaid acts of negligence on the part of the defendants were the proximate cause of the serious and debilitating injuries sustained by plaintiff as a result of her trip and fall on the above dangerous walkway in front of the Post Office.

18.     As a result of the above-described negligence of the defendants, plaintiff has sustained serious, debilitating and permanent injuries, pain and suffering and mental anguish, and has incurred and will incur in the future medical bills and related expenses and losses.

WHEREFORE, plaintiff demands judgment against defendants in the amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs.

BENJAMIN A. KLOPMAN, CHARTERED

By: _____
     Benjamin A. Klopman, #350082

216 North Adams Street
Rockville, Maryland  20850
301-424-0677
baklaw@aol.com
bklopman@bak-law.com

Attorney for Plaintiff
 Dora L. B. Stuart

## DEMAND FOR JURY TRIAL

Plaintiff demands that a jury of six (6) persons decide her claims in this complaint.

_____
Benjamin A. Klopman

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Postmaster General<br>475 L'Enfant Plaza<br>Washington, DC 20260 | Dora L.B. Stewart (claimant)<br>4018 9th St., NW, Apt. 4, Washington, DC 20017<br>Benjamin A. Klopman (claimant's attorney)<br>216 North Adams Street, Rockville, MD 20850 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | 02/15/1951 | | 05/09/2017   Tuesday | 2:30-2:45 p.m. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant fell on the steps of the United States Post Office located at 2 Massachusetts Avenue, N.E., Washington, D.C. due to a negligently placed stanchion as depicted in the attached photograph.

9.               PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10.               PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Claimant sustained injuries to both of her knees.

11.               WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Ray Suddith<br>Irene Johnson | 1355 New York Avenue, N.E., Washington, D.C.<br>202-903-1374 |

12. (See instructions on reverse).          AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| N/A | 500,000.00 | N/A | 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 202-526-5595 | 6/19/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

*mailed 6/20/17*

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

N/A

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

N/A

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ 2.75
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$ .46

Total Postage and Fees
$ 6.56

Sent To
*Postmaster General*

Street and Apt. No., or PO Box No.
*475 L'Enfant Plaza*

City, State, ZIP+4®
*Washington, DC 20260*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Postmaster General*
*475 L'Enfant Plaza*
*Washington, DC 20260*

9590 9403 0558 5173 7305 79

2. Article Number (Transfer from service label)
7016 0340 0000 9922 0322

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☑ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 6/22/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: <br><br> GSA <br> 2300 Main, Room 4NW-419 <br> Kansas City, Missouri  64108 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. <br><br> Dora L.B.Stuart (claimant) <br> 4018 9th St., Apt. 4, Washington, DC 20017 <br> Benjamin A. Klopman (claimant's attorney) <br> 216 North Adams Street, Rockville, MD 20850 |
|---|---|

| 3. TYPE OF EMPLOYMENT <br> ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH <br> 02/15/1951 | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT <br> 05/09/2017        Tuesday | 7. TIME (A.M. OR P.M.) <br> 2:30-2:45 p.m. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant fell on the steps of the United States Post Office located at 2 Massachusetts Avenue, N.E., Washington, D.C. due to a negligently placed stanchion as depicted in the attached photograph.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | | WITNESSES |
|---|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Ray Suddith | 1355 New York Avenue, N.E., Washington, D.C. |
| Irene Johnson | 202-903-1374 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE <br> N/A | 12b. PERSONAL INJURY <br> 500,000.00 | 12c. WRONGFUL DEATH <br> N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). <br> 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). <br><br> *[signature]* | 13b. PHONE NUMBER OF PERSON SIGNING FORM <br> (202) 526-5595 | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction <br> Previous Edition is not Usable <br><br> 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) <br> PRESCRIBED BY DEPT. OF JUSTICE <br> 28 CFR 14.2 |
|---|---|---|

*mailed 4/6/18*

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

N/A

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No

N/A

**17. If deductible, state amount.**

N/A

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)**

N/A

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL

| | |
|---|---|
| Postage | $ .47 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.67 |

Sent To GSA
Street & Apt. No. or PO Box No. 300 Main, Room 4NW-419
City, State, ZIP+4 Kansas City, MO 64108

7014 1820 0002 2273 7802

See Reverse for Instructions

PS Form 3800, July 2014

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GSA
200 Main, Room
4NW-419
Kansas City, MO 64108

9590 9402 2853 7069 8051 08

2. Article Number (Transfer from service label)

7014 1820 0002 2273 7802

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                  4-14-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt